SHANNY J. LEE Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Sharon Williams-Datcher

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHARON WILLIAMS-DATCHER,  )  Case No. EDCV07-837 SGL (MAN)
                          )
        PLAINTIFF,        )  [~~PROPOSED~~] ORDER AWARDING
                          )  EAJA FEES
    v.                    )
                          )
MICHAEL J. ATRUE,         )
COMMISSIONER OF SOCIAL    )
SECURITY,                 )
                          )
        DEFENDANT.        )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND NINE HUNDRED DOLLARS and no/100's ($3,900.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 2, 2008

                              _____/s/_____
                              MARGARET A. NAGLE
                              UNITED STATES MAGISTRATE JUDGE